**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RAMASWAMY RAVIKUMAR, M.D., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CAS NO. 2:23-CV-00560-JRG-RSP |
| v. | § | |
| | § | |
| MEMORIAL HEALTH SYSTEM OF | § | |
| EAST TEXAS D/V/A CHI ST. LUKE'S | § | |
| HEALTH MEMORIAL HOSPITAL | § | |
| LUFKIN, et al, | § | |
| | | |
| *Defendants.* | | |

## ORDER

Dr. Ravikumar previously filed an Application for Preliminary Injunction (the "Motion"). (Dkt. No. 2.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 88) in which he recommended denying the Motion. Dr. Ravikumar has now filed Objections to Magistrate Judge Payne's Report and Recommendation. (Dkt. No. 91.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Dr. Ravikumar's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Dr. Ravikumar's Objections and **ADOPTS** the Report and Recommendation and **ORDERS** that the Motion for Preliminary Injunction (Dkt. No. 2) is **DENIED**.

**So ORDERED and SIGNED this 9th day of July, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE